Michael F. Campillo (AZ 019014)
docketing@vclmlaw.com
VENABLE, CAMPILLO, LOGAN &
MEANEY, P.C.
1938 East Osborn Road
Phoenix, Arizona 85016
Telephone: (602) 631-9100

Terry M Sanks (FL 0154430)
tsanks@iplawfl.com
Beusse Wolter Sanks Mora &
Maire PA
390 N Orange Ave., Ste. 2500
Orlando, FL 32801

*Attorneys for Plaintiff.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HAO CHEN, an individual and citizen of China, <br><br> Plaintiff, <br><br> vs. <br><br> JAGEX LIMITED, limited company incorporated under the laws of England and Wales, <br><br> Defendant. | No. 2:11-cv-01802-JAT <br><br> **NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)** <br><br> Hon. James A. Teilborg |

The Defendant has neither appeared nor filed a responsive pleading in this case. Under Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff dismisses all claims asserted against the Defendants.

- 1 -

Respectfully submitted and dated this 15th day of December, 2011.

s/Michael F. Campillo

---

Michael F. Campillo (Arizona Bar No. 019014)
docketing@vclmlaw.com
VENABLE, CAMPILLO, LOGAN & MEANEY, P.C.
1938 East Osborn Road
Phoenix, Arizona 85016
Telephone (602) 631-9100

- and -

BEUSSE WOLTER SANKS MORA & MAIRE, P.A.
Terry M. Sanks (Florida Bar No. 0154430)
Amber N. Davis (Florida Bar No. 0026628)
390 North Orange Avenue, Suite 2500
Orlando, Florida 32801
Telephone: (407) 926-7700
Facsimile: (407) 926-7720
tsanks@iplawfl.com
adavis@iplawfl.com

*Counsel for Plaintiff*